# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

### CIVIL RIGHTS COMPLAINT

Riley Foster
_____,
Plaintiff(s),
(Full name(s); Do not use *et al.*)

v.

State of New York Trooper Pen
_____
_____
_____
_____
_____
Defendant(s).
(Full name(s) and capacity, e.g., official capacity, individual capacity, or official and individual capacitites) (Do not use *et al.*)

Case No. _____
(To be supplied by the court)

JUN 12 2023 AM 9:56
FILED-USDC-CT-NEW HAVEN

## A. PARTIES

1. Riley Foster is a citizen of Connecticut who
   (Plaintiff)                              (State)
   presently resides at 223 A Front Street_____.
                              (mailing address)

2. Defendant  a State of NY Trooper Pen is a citizen of New York
              (name of first defendant)                   (State)

   whose address is _____,

   and who is employed as a State Police Officer.
                         (title and place of employment)

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law?  ____Yes  ____No.  If your answer is "Yes," briefly explain:
_____
_____

3. Defendant _____ is a citizen of _____
                     (name of second defendant)                                                (State)

whose address is _____

and who is employed as _____.
                              (title and place of employment)

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law?  √  Yes  ____No.  If your answer is "Yes," briefly explain:

*Bi-polar Disordered Self over a decade ago profiled on the United Nations Terrorist List Unconstitut*

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

   _____   42 U.S.C. § 1983 (applies to state defendants)

   _____   **Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics**, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal defendants)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3).  (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)
_____
_____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

When I was Bi-polar before heal, I wrote to the CIA and was with Bi-polar, illegally profiled in accordance to Mental Health and Speech Pathologies.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** _____

_____

_____

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

**Claim II**: _____

_____

_____

Supporting Facts:

**Claim III**: _____

_____

_____

Supporting Facts:

## E. REQUEST FOR RELIEF

I request the following relief:

## F. JURY DEMAND

Do you wish to have a jury trial?  Yes _____        No _____

_____        _____
Original signature of attorney (if any)         **Plaintiff's Original Signature**

_____        _____
Printed Name                                    Printed Name

_____        _____

_____        _____

( )                                             ( )
Attorney's full address and telephone           Plaintiff's full address and telephone

_____        _____
Email address if available                      Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on _____.
                  (location)                        (date)

_____
                                                **Plaintiff's Original Signature**

(Rev. 3/21/16)

5